# Third District Court of Appeal

## State of Florida

Opinion filed June 4, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-2286
Lower Tribunal No. F23-14286
_____

**Lewis Joseph Hawthorne,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Richard Hersch, Judge.

Carlos J. Martinez, Public Defender, and Manuel Alvarez, Assistant Public Defender, for appellant.

James Uthmeier, Attorney General, and Ivy R. Ginsberg, Assistant Attorney General, for appellee.

Before LOGUE, C.J., and LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Talley v. State</u>, 260 So. 3d 562, 571-72 (Fla. 3d DCA 2019) ("Generally speaking, the use of a curative instruction to dispel the prejudicial effect of an objectionable comment is sufficient." (citing <u>Jennings v. State</u>, 124 So. 3d 257, 266 (Fla. 3d DCA 2013))).